1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    LAMONT SHEPARD,                          1:11-cv-00535-GSA (PC)

12                   Plaintiff,
                                               ORDER DENYING MOTION FOR
13          v.                                 APPOINTMENT OF COUNSEL

14    COHEN, et al.,                           (Document# 15)

15                   Defendants.

16

17          On December 13, 2013, plaintiff filed a motion seeking the appointment of counsel.

18    Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland,

19    113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent

20    plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court for the

21    Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  However, in certain

22    exceptional circumstances the court may request the voluntary assistance of counsel pursuant to

23    section 1915(e)(1).  Rand, 113 F.3d at 1525.

24          Without a reasonable method of securing and compensating counsel, the court will seek

25    volunteer counsel only in the most serious and exceptional cases.  In determining whether

26    "exceptional circumstances exist, the district court  must evaluate both the likelihood of success

27    of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the

28    complexity of the legal issues involved."  Id. (internal quotation marks and citations omitted).

                                               1

1    In the present case, the court does not find the required exceptional circumstances.  At this

2    stage in the proceedings, the court cannot make a determination that plaintiff is likely to succeed

3    on the merits.  Service of process upon the defendants has not been completed, and none of the

4    defendants have appeared in the case.  Based on the record in this case, the court does not find

5    that plaintiff cannot adequately articulate his claims.  Further, the legal issues in this case –

6    whether defendants used excessive force and violated plaintiff's rights to due process – are not

7    complex, and this court is faced with similar cases almost daily.  Therefore, plaintiff's motion

8    shall be denied without prejudice to renewal of the motion at a later stage of the proceedings.

9    For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY

10   DENIED, without prejudice.

11

12   IT IS SO ORDERED.

13   Dated:   **December 19, 2013**                    **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28