UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LAMONT SHEPARD, | 1:11-cv-00535-GSA-PC |
|---|---|
| Plaintiff, | ORDER FOR U.S. MARSHAL TO CEASE SERVICE OF PROCESS PURSUANT TO NOVEMBER 18, 2013 ORDER |
| vs. | |
| COHEN, et al., | |
| Defendants. | ORDER DISCHARGING COURT'S ORDER OF NOVEMBER 18, 2013, WHICH DIRECTED THE U.S. MARSHAL TO SERVE THE FIRST AMENDED COMPLAINT UPON DEFENDANTS (Doc. 13.) |
| | ORDER FOR CLERK TO SERVE THIS ORDER UPON THE U.S. MARSHAL |

Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 30, 2011. (Doc. 1.)

On March 25, 2013, Plaintiff filed the First Amended Complaint. (Doc. 8.) The court screened the First Amended Complaint pursuant to 28 U.S.C. § 1915A and found that Plaintiff stated cognizable claims against defendants Dr. Cohen, Sgt. J. Lopez, Correctional Officer (C/O) Z. Dean, C/O J. Campbell, and Doe Defendant (LVN) on Plaintiff's due process claim, and against defendants Dr. Cohen, Sgt. J. Lopez, C/O Z. Dean, and C/O J. Campbell on

1

Plaintiff's excessive force claim.[1]  (Doc. 11.)  On November 18, 2013, the court directed the United States Marshal ("Marshal") to serve the First Amended Complaint upon defendants Cohen, Lopez, Dean, and Campbell.  (Doc. 13.)  On January 27, 2014, defendants Lopez, Dean, and Campbell filed an Answer.  (Doc. 18.)  To date, defendant Cohen has not been served with process or appeared in this action.

On May 8, 2014, the Court granted Plaintiff leave to amend the complaint, for the sole purpose of identifying the Doe Defendant (LVN).  (Doc. 39.)  On May 19, 2014, Plaintiff filed the Second Amended Complaint, identifying the Doe Defendant (LVN) as Vera Brown (LVN).  (Doc. 41.)  On June 10, 2014, defendants Lopez, Dean, and Campbell filed an Answer to the Second Amended Complaint.  (Doc. 43.)

This action now proceeds on the Second Amended Complaint against defendants Dr. Cohen, Sgt. J. Lopez, Correctional Officer (C/O) Z. Dean, C/O J. Campbell, and Vera Brown (LVN) on Plaintiff's due process claim, and against defendants Dr. Cohen, Sgt. J. Lopez, C/O Z. Dean, and C/O J. Campbell on Plaintiff's excessive force claim.  (Doc. 41.)

Due to the fact that Plaintiff has filed the Second Amended Complaint, further service of the First Amended Complaint by the Marshal is not appropriate.  Therefore, the court shall discharge the November 18, 2013 service order.  (Doc. 13.)

Accordingly, it is HEREBY ORDERED that:

1. The court's order of November 18, 2013, which directed the United States Marshal to serve the First Amended Complaint upon defendants in this action, is DISCHARGED;

2. The United States Marshal shall cease service of process in this action pursuant to the November 18, 2013 order; and

///

///

---

[1] On October 31, 2013, the court dismissed all remaining claims and defendants from this action, based on Plaintiff's failure to state a claim.  (Doc. 11.)

     3.     The Clerk is directed to serve a copy of this order upon the United States Marshal.

IT IS SO ORDERED.

Dated:   **August 1, 2014**                               **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE