UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>  Plaintiff,<br><br>  v.<br><br>COHEN, et al.,<br><br>  Defendants. | 1:11-cv-00535-GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT<br><br>(Documents# 62, 64)<br><br>DEADLINE: DECEMBER 8, 2014 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 24, 2014, Defendants Brown, Campbell, Dean, and Lopez ("Defendants") filed a motion to extend time to file a response to Plaintiff's motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted an extension of time **until December 8, 2014** in which to file a response to Plaintiff's motion for summary judgment of October 14, 2014.

IT IS SO ORDERED.

Dated:  **December 1, 2014**           /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE