UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>      Plaintiff,<br><br>  vs.<br><br>COHEN, et al.,<br><br>      Defendants. | 1:11-cv-00535-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 84.)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING IN PART DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT<br>(ECF Nos. 60, 67.)<br><br>ORDER ENTERING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT VERA-BROWN ON ALL CLAIMS AGAINST HER<br><br>ORDER ENTERING PARTIAL SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS DEAN, CAMPBELL, AND LOPEZ, ON PLAINTIFF'S DUE PROCESS CLAIMS<br><br>ORDER FOR THIS CASE TO PROCEED AGAINST DEFENDANT COHEN FOR VIOLATION OF DUE PROCESS, AND AGAINST DEFENDANTS COHEN, DEAN, CAMPBELL, AND LOPEZ FOR USE OF EXCESSIVE FORCE |

      Benito Reyes ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On September 2, 2015, findings and recommendations were entered, recommending that Plaintiff's motion for summary judgment be denied, and Defendants' cross-motion for summary judgment be granted in part and denied in part.  (ECF No. 84.)  The parties were

granted twenty days in which to file objections to the findings and recommendations. (Id.) To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 2, 2015, are ADOPTED IN FULL;
2. Plaintiff's motion for summary judgment, filed on October 14, 2014, is DENIED;
3. Defendants' cross-motion for summary judgment, filed on December 8, 2014, is GRANTED in part and DENIED in part;
4. Order entering summary judgment in favor of defendant Vera-Brown on all of Plaintiff's claims against her;
5. Order entering partial summary judgment in favor of defendants Dean, Campbell, and Lopez, on Plaintiff's due process claims;
6. Order for this case to proceed against defendant Cohen for violation of due process, and against defendants Cohen, Dean, Campbell, and Lopez for use of excessive force; and
7. Order referring this case back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   **September 28, 2015**              **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE