UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>        Plaintiff,<br><br>  vs.<br><br>COHEN, et al.,<br><br>        Defendants. | 1:11-cv-00535-DAD-EPG-PC<br><br>SCHEDULING ORDER FOLLOWING STATUS CONFERENCE HELD ON APRIL 6, 2016<br><br>**Settlement Conference:**<br>May 20, 2016 at 10:30 a.m.<br>Courtroom 10 (EPG)<br><br>      **Confidential Settlement Conference Statements Due:**    May 13, 2016<br><br>**Telephonic Trial Confirmation Hearing:**<br>June 20, 2016 at 1:30 p.m.<br>Courtroom 5 (DAD)<br><br>**JURY TRIAL:**<br>August 2, 2016 at 1:00 p.m.<br>Courtroom 5 (DAD) |

## I.  BACKGROUND

Plaintiff, Lamont Shepard ("Plaintiff"), is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 30, 2011. (ECF No. 1.)  This action now proceeds on the Second Amended Complaint filed on May 19, 2014, against defendants

1

Sergeant J. Lopez, C/O Z. Dean, and C/O J. Campbell on Plaintiff's excessive force claim. (ECF No. 41.)  The deadlines for completion of discovery and for the filing of pretrial dispositive motions in this case have expired.  Plaintiff filed a motion for summary judgment on October 14, 2014, and Defendants filed a cross-motion for summary judgment on December 8, 2014.  (ECF Nos. 60, 67.)  On September 28, 2015, the Court denied Plaintiff's motion for summary judgment and granted in part Defendants' motion for summary judgment.  (ECF No. 85.)  No other motions are pending.  On December 21, 2015, the Court dismissed Defendant Dr. Cohen from this action, due to Plaintiff's failure to effect service, without prejudice.  (ECF No. 90.)

## II.     STATUS CONFERENCE

On April 6, 2016 at 2:00 p.m., a telephonic status conference was held before Magistrate Judge Erica P. Grosjean.  Plaintiff appeared telephonically on his own behalf, and California Deputy Attorney General John P. Walters appeared telephonically on behalf of Defendants.

The parties discussed the status of this case, consent to Magistrate Judge jurisdiction for trial, and the possibility of settlement.  Defendants declined Magistrate Judge juridiction.  Therefore, District Judge Dale A. Drozd shall preside over the trial for this case.  Jury trial before Judge Drozd is now scheduled to commence on **August 2, 2016 at 1:00 p.m.**, and a telephonic trial confirmation hearing before Judge Drozd is scheduled for **June 20, 2016 at 1:30 p.m.**

A Settlement Conference was scheduled for **May 20, 2016 at 10:30 a.m.** before Magistrate Judge Erica P. Grosjean.  Plaintiff and defense counsel must appear in person and participate in the settlement conference.  The Court shall issue a transportation Writ to bring Plaintiff to the Court for the settlement conference.  The parties' Confidential Settlement Conference Statements shall be due one week before the settlement conference, no later than **May 13, 2016**.

///

///

**III.   CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. A Settlement Conference is scheduled for **May 20, 2016 at 10:30 a.m.**, before Magistrate Judge Erica P. Grosjean in Courtroom 10 at the United States Courthouse, Sixth Floor, Courtroom 10, 2500 Tulare Street, Fresno, California;

2. Defense counsel shall appear at the Settlement Conference in person with full authority to negotiate and settle the case on any terms.  Government entities may appear through litigation counsel only, but must have immediate access to the individual with settlement authority.  The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions;

3. Plaintiff shall appear in person at the Settlement Conference.  The Court shall issue a transportation Writ to bring Plaintiff to the Court for the Settlement Conference;

4. Each party shall provide a Confidential Settlement Conference Statement to:

> Chambers of Magistrate Judge Erica P. Grosjean
> United States District Court
> 2500 Tulare Street, Room 1501
> Fresno, California  93721

so they are received no later than **May 13, 2016**, and file a **Notice of Submission** of the Confidential Settlement Conference Statement with the Clerk of the Court (See L.R. 270(d)).  Settlement statements **should not be filed** with the Clerk of the Court nor served on any other party.  Settlement statements shall be clearly marked "CONFIDENTIAL" with the date and time of the Settlement Conference indicated prominently thereon. The Confidential Settlement Conference Statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:

   a. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright

3

           evaluation of the parties likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute;

    b.    An evaluation of damages expected at trial if Plaintiff prevails on his claims;

    c.    An estimate of the cost and time to be expended for further discovery, pretrial, and trial;

    d.    The relief sought;

    e.    The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands; and

    f.    A brief statement of each party's expectations and goals for the settlement conference;

5.    A telephonic trial confirmation hearing is scheduled for **June 20, 2016 at 1:30 p.m.** before District Judge Dale A. Drozd in Courtroom 5; and

6.    Jury trial for this case is scheduled to commence on **August 2, 2016 at 1:00 p.m.** before District Judge Dale A. Drozd in Courtroom 5.

IT IS SO ORDERED.

Dated: **April 7, 2016**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE