UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COHEN, et al.,<br><br>　　　　　　Defendants. | 1:11-cv-00535-DAD-EPG  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT LAMONT SHEPARD, CDCR #K-29682, AND HIS LEGAL PROPERTY<br><br>DATE: May 20, 2016<br>TIME:  10:30 a.m. |

　　　　LAMONT SHEPARD, inmate, CDCR #K-29682, a necessary and material witness at the proceedings for this case on May 20, 2016, is confined at KERN VALLEY STATE PRISON, 3000 W. Cecil Ave., Delano, CA 93216, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus *ad Testificandum* issue commanding the custodian to produce the inmate in Courtroom #10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on **May 20, 2016 at 10:30 a.m.**

　　**ACCORDINGLY, IT IS ORDERED that:**

　　　　1. A Writ of Habeas Corpus *ad Testificandum* issue, under the seal of this Court, commanding the Warden to produce the inmate named above to attend the settlement conference for this case in the United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution.  **The inmate's legal property relevant to this case shall accompany the inmate to the settlement conference.**

　　　　2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

　　**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of KERN VALLEY STATE PRISON**

　　　　**WE COMMAND** you to produce the inmate named above to attend the settlement conference for this case at the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.

　　　　**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

　　Dated:　**April 21, 2016**　　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE