UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br>              Plaintiff,<br><br>v.<br><br>COHEN,<br>              Defendant. | 1:11-cv-00535-DAD-EPG-(PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>LAMONT SHEPARD, CDC #K-29682,<br>PLAINTIFF / WITNESS, AND HIS LEGAL<br>PROPERTY<br><br>DATE: August 2, 2016<br>TIME: 1:00 p.m. |

  LAMONT SHEPARD, inmate, CDC #K-29682, Plaintiff, necessary and material witness for trial in this case on August 2, 2016, is confined at KERN VALLEY STATE PRISON, 3000 W. Cecil Avenue Delano, CA 93216, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom No. 5, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on August 2, 2016, at 1:00 p.m.

  **ACCORDINGLY, IT IS ORDERED that:**

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

  2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of KERN VALLEY STATE PRISON**

  **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution. **The inmate's legal property relevant to this case shall accompany the inmate to the settlement conference.**

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

Dated: **June 27, 2016**   /s/ Erica P. Grosjean
              UNITED STATES MAGISTRATE JUDGE