UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. LOPEZ, et al.,<br><br>　　　　　Defendants. | Case No.: 1:11-cv-00535-DAD-EPG<br><br>**ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON AUGUST 3, 2016, AT 8:30 A.M.** |

　　　　Plaintiff Lamont Shepard #K-29682, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, August 3, 2016, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated: **August 2, 2016**　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1