FILED

AUG 02 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>        Plaintiff,<br><br>    v.<br><br>J. LOPEZ, et al.,<br><br>        Defendants. | Case No.: 1:11-cv-00535-DAD-EPG<br><br>**ORDER NO LONGER REQUIRED FOR TRIAL** |

Jury Trial as to Lamont Shepard #K-29682, has concluded and he can be returned to his permanent housing unit.

IT IS SO ORDERED.

Dated: August 2, 2016

_____
UNITED STATES DISTRICT JUDGE

1