UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>       Plaintiff,<br><br>   v.<br><br>DR. COHEN,<br><br>       Defendant. | 1:11-cv-00535-DAD-EPG (PC)<br><br>ORDER ON PLAINTIFF'S MOTION FOR THE (2) ADDRESSES OF ERIC COHEN, EXTENSION OF TIME TO FILE EFFECTIVE SERVICE AND PLAINTIFF'S MOTION TO PROCEED<br>(ECF NOS. 119 & 122)<br><br>30-DAY DEADLINE |

     Lamont Shepard ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On October 21, 2016, Plaintiff filed a change of address and motion for the (2) addresses of Eric Cohen, extension of time to file effective service ("Motion 1"). (ECF No. 119). On October 26, 2016, Plaintiff filed a motion to proceed ("Motion 2"). (ECF No. 122)

     According Motion 1, on August 2, 2016, Plaintiff was given defendant Dr. Cohen's Los Angeles and New York addresses. On that same day Plaintiff filed a motion with the Court to effect service on one or both addresses of defendant Dr. Cohen. However, on September 5, 2016, Plaintiff was placed in Administrative Segregation, and was separated from his property. On October 10, 2016, Plaintiff received the order authorizing service on defendant Dr. Cohen (ECF No. 118), but was unable to respond because he did not have his property. On October 13, 2016, Plaintiff was transferred to California State Prison, Calipatria. Plaintiff looked through his legal mail, but was unable to locate the addresses for defendant Dr. Cohen. Accordingly, Plaintiff requested additional time so that he could find the addresses or get them

again.  Plaintiff also requested that "Defendants" resubmit defendant Dr. Cohen's addresses to him.

According to Motion 2, Plaintiff found defendant Dr. Cohen's address.  Plaintiff stated that service may proceed.

Motion 1 will be denied as moot, because Plaintiff has apparently found defendant Cohen's address, and has submitted the service documents (ECF No. 120).  Motion 2 will be denied because a plaintiff proceeding *in forma pauperis* does not need to file a motion for service to proceed after submitting the service documents.

Accordingly, it is ORDERED that Motion 1 and Motion 2 are denied.

IT IS SO ORDERED.

Dated:   **October 31, 2016**                    /s/ *Erica P. Grosjean*
                                                              UNITED STATES MAGISTRATE JUDGE